**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

HUEY C. WHITE, ADC #089919                                    PLAINTIFF

v.                No. 5:16CV00362-JLH-JTK

DANNY BURL, et al.                                             DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that the following defendants are DISMISSED, for failure to state a claim upon which relief may be granted: Bill James, Michael Hughes, Connie Jenkins, Lance Hall, Felicia Bentley, Juan Burns, Ricky W. Owens, Lisa Mills Wilkins, Brenda Wade, Arkansas General Assembly, Drexer Payne, Wendy Kelley, and John Doe.

IT IS SO ORDERED this 22nd day of February, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE