# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

HUEY C. WHITE, ADC #089919                                      PLAINTIFF

V.                      No. 5:16CV00362-JLH-JTK

DANNY BURL, et al.                                              DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Defendants' motion to dismiss is GRANTED IN PART with respect to plaintiff's claims against defendants Outlaw, Burl, and Minor.

2. Defendants' motion to dismiss is DENIED with respect to plaintiff's claims against defendant Williams.

3. Defendants Outlaw, Burl, and Minor are DISMISSED from plaintiff's complaint.

IT IS SO ORDERED this 25th day of April, 2017.

 

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE