IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HUEY C. WHITE, ADC #089919　　　　　　　　　　　　　　　　　　　PLAINTIFF

V.　　　　　　　　　　　No. 5:16CV00362-JLH-JTK

DANNY BURL, et al.　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendant Williams' Motion for Summary Judgment (Doc. No. 37) is GRANTED, and Plaintiff's complaint is DISMISSED with prejudice. The Court certifies that an *in forma pauperis* appeal would not be taken in good faith.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 4th day of January, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE